UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Sarah Saucedo,

                    Plaintiff,        07cv3171(GBD)

-against-                          CIVIL CASE MANAGEMENT
                                                PLAN AND SCHEDULING ORDER

PCG Restaurant doing business as II Giglio
Restaurant, PCG Restaurant, II Giglio Restaurant,
81 Warren Street Realty Corp.,

                    Defendant,
------------------------------------------------------------X

      After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. **No additional parties** may be joined after **November 7, 2007**.

2. **No amendment** to the pleadings will be permitted after **November 7, 2007**.

3. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **February 6, 2008**. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to completed discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. **Dispositive motions** are to served by **February 13, 2008**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three(3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A final **pretrial conference** will be held on **April 2, 2008 at 9:30 a.m.**.

6. The **Joint Pretrial Order** shall be filed no later than **March 5, 2008**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

07/17/2007 14:51 FAX 212 267 5087    BRECHER FISHMAN                    ⌀001/001
Case 1:07-cv-03171-GBD    Document 5    Filed 07/17/2007    Page 2 of 2

Case 1:07-cv-03171-GBD    Document 4    Filed 04/26/2007    Page 3 of 3

8. The parties shall be ready for trial on 48 hours notice on or after May 7, 2008. The estimated trial time is _____ days, and this is a (jury) (non-jury) trial.

9. The Next Case Management Conference will be held on January 9, 2008 at 9:30 a.m..

Dated: April 24, 2007
New York, New York

SO ORDERED:

_____
Attorney for Plaintiff

_____
GEORGE B. DANIELS
United States District Judge

_____
Attorney for Defendant

-2-