BSS/JPO 2246-001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SARAH SAUCEDO,                                      Docket No.: 07 CV 3171
                    *Plaintiff*,
        -against-                                   **PROPOSED REVISED
                                                    SCHEDULING ORDER**
PCG RESTAURANT D/B/A IL GIGLIO RESTAURANT,
PCG RESTAURANT, IL GIGLIO RESTAURANT and
81 WARREN STREET REALTY CORP.,
                    *Defendants*.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 24 2007

Proposes Revised Scheduling Order

1. No additional parties may be joined after March 7, 2008.

2. No amendment to the pleadings will be permitted after March 7, 2008.

3. Except for good cause shown, all discovery shall be commenced in time to be completed by April 30, 2008. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to completed discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provide the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. Dispositive motions are to be served by May 7, 2008. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to date for (4) weeks from the decision on the motion.

5. A final pretrial conference will be held on July 9, 2008 at 9:30 am, subject to the Court's calendar.

6. The Joint Pretrial Order shall be filed no later than June 13, 2008. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. All motions and applications shall be governed by the Court's Individual Rules of Practice.

1

8. The parties shall be ready for trial on 48 hours notice on or after **September 9, 2008**. The estimated trial time is **four days**, and this is a jury trial.

9. The Next Case Management Conference will be held on March 26, 2008 at 9:30am, subject to the Court's calendar.

Dated: New York, NY
October 16, 2007

SO ORDERED: OCT 2 4 2007,

_George B. Daniel_
HON. GEORGE B. DANIELS
GEORGE B. DANIELS
United States District Judge

_Bradly Schoenfeld_
BY: BRADLEY SCHOENFELD, ESQ.
BRECHER, FISHMAN, PASTERNACK, HELLER, WALSH & TILKER
*Attorneys for Plaintiff Sarah Saucedo*
233 BROADWAY, SUITE 820
NEW YORK, N.Y. 10279
FILE NO.: 2246-001
TEL (212) 341-7900

_Susan D. Smodish_
By: SUSAN D. SMODISH, ESQ. (SDS 0309)
McELFISH & ASSOCIATES, LLC
*Attorneys for Defendants PCG Restaurant d/b/a Il Giglio Restaurant, PCG Restaurant, Il Giglio Restaurant and 81 Warren Street Realty Corp.,*
1790 Broadway, Suite 702
New York, New York 10019
FILE NO.: 35-110
TEL: (212) 307-5100