2241-001 (JS)
Order

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| UNITED STATES DISTRICT COURT | DISTRICT OF | SOUTHERN |

## APPEARANCE

Case Number: 07 CV 3171

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
SARAH SAUCEDO

I certify that I am admitted to practice in this court.

| 12/5/2007 | |
|---|---|
| Date | Signature |

Bradley S. Schoenfeld, Esq.     BS5961
Print Name     Bar Number

Brecher, Fishman, Pasternack, Heller, Walsh & Tilker
Address

| 233 Broadway, #820 | New York NY | 10279 |
|---|---|---|
| City | State | Zip Code |

| (212) 341-7915 | (212) 267-8235 |
|---|---|
| Phone Number | Fax Number |