UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SARAH SAUCEDO,

                            Docket No.:07 CV 3171

            Plaintiff,         **STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

      -against-

PCG RESTAURANT D/B/A IL GIGLIO RESTAURANT,
PCG RESTAURANT, IL GIGLIO RESTAURANT and
81 WARREN STREET REALTY CORP.,

            Defendants
-------------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same is hereby discontinued with prejudice and without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated:    New York, New York
           April 7, 2008

| McELFISH LAW FIRM | BRECHER, FISHMAN, PASTERNACK, WALSH, TILKER & ZIEGLER, PC |
|---|---|
| *(signature)* | *(signature)* |
| By: Alysse Dawn Hopkins, Esq. | BY: VINCENT L. GONZALEZ, ESQ. |
| Attorney for Defendant | *Attorneys for Plaintiff Sarah Saucedo* |
| PCG RESTAURANT D/B/A IL GIGLIO RESTAURANT, PCG RESTAURANT, IL GIGLIO RESTAURANT and 81 WARREN STREET REALTY CORP. | 233 BROADWAY, SUITE 820 |
| 350 Fifth Avenue, Suite 1729 | NEW YORK, NY 10279 |
| New York, New York 10118 | OUR FILE No.: 2246-001 |
| (212) 307-5100 | TEL: (212) 341-7900, Ext. 7946 |